### SHEARER v. SANFORD, Warden.
### No. 9607.

Circuit Court of Appeals, Fifth Circuit.
Oct. 26, 1940.

Jack Shearer, in pro. per.

Lawrence S. Camp, U. S. Atty., and John J. Flynt, Jr., and Harvey H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The warrant for retaking the parolee was issued in time. The parole board had the authority to decide whether parole was broken. The affidavit offered in the District Court to show that the parolee was not guilty of the misconduct imputed to him was properly rejected. The decision of the parole board stands.

Judgment affirmed.